December 18, 2015

Court of Appeals
Thirteenth District of Texas
100 E. Cano, 5th Floor
Edinburg, Texas  78539

FILED
IN THE 13TH COURT OF APPEALS
EDINBURG

DEC 2 1 2015

DORIAN E. RAMIREZ, CLERK
BY_____

Attention:    Dorian E. Ramirez, Clerk

RE:    Cause No. 13-15-00559-CV
       Tr. Ct. No. CVO1590
       Style:  John Sholtis v. Jesse Rodriguez and Irma Rodriguez

Dear Ms. Ramirez:

As you requested, in response to your letter to me dated December 10, 2015, I am enclosing the $10.00 filing fee for Appellant's motion for extension of time to perfect appeal in the above referenced cause.

Respectfully submitted
Without prejudice
Propria persona

John Sholtis
101 Forrest Road
Whitsitt, Texas 78075
Cell Number:  830-480-2372

Encl.

RECEIVED
DEC 2 1 2015
13TH COURT OF APPEALS

1